Pro Se 1 2016

1

2

3

4

5

6                            **FILED** **LODGED** **RECEIVED** | **MAIL**

**JAN 20 2021**

**AT SEATTLE**
**CLERK U.S. DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**BY**                 **DEPUTY**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

SHONDOLYN R. BLEVINS
#15329-035

,

                **Plaintiff(s),**

    v.

Bureau of Alcohol
Tobacco, Firearms
And Explosives ,

                **Defendant(s).**

CASE NO. **21-cv-73-JLR**
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes   ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   **Plaintiff(s)**

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

**Name**           SHONDOLYN R. BLEVINS #15329-035
**Street Address**    FEDERAL DETENTION CENTER - SEATAC
**City and County**   Post Office Box 13900
**State and Zip Code** SEATTLE, WASHINGTON 98198
**Telephone Number**

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.    Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For an
individual defendant, include the person's job or title (if known). Attach additional pages if
needed.

Defendant No. 1

   Name                      *Bureau of Alcohol, Tobacco, Firearms*
   Job or Title (if known)   *And Explosives*
   Street Address            *99 New York Avenue, NE Room 4E*
   City and County
   State and Zip Code        *Washington, DC 20226*
   Telephone Number

Defendant No. 2

   Name                      *Executive Office of the United*
   Job or Title (if known)   *States Attorneys*
   Street Address            *175 N Street, NE*
   City and County           *RM 5400, 3 Con BLDG*
   State and Zip Code        *Washington, DC 20530*
   Telephone Number

Defendant No. 3

   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name                   _____

    Job or Title *(if known)*    _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number     _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*FREEDOM of INFORMATION ACT 5 U.S.C. SUBSECTION 552*
*5U.S.C. SUBSECTION 552(a)  5 U.S.C. 552(a)(4)(B)  THE 4th*
*5th AND 6th AMENDMENTS of the U.S. Constitution*

*Pro Se 1 2016*

1  B.    If the Basis for Jurisdiction Is Diversity of Citizenship

2         1.    The Plaintiff(s)

3              a.  If the plaintiff is an individual.

4         The plaintiff (*name*) _____, is a citizen of the

5  State of (*name*) _____.

6              b.  If the plaintiff is a corporation.

7         The plaintiff, (*name*) _____, is incorporated under

8  the laws of the State of (*name*) _____, is incorporated under

9  the laws of the State of (*name*) _____, and has its principal

10  place of business in the State of (*name*) _____.

11        *(If more than one plaintiff is named in the complaint, attach an additional page providing*
   *the same information for each additional plaintiff.)*

12

13        2.    The Defendant(s)

14             a.  If the defendant is an individual.

15        The defendant, (*name*) _____, is a citizen of the

16  State of (*name*) _____.  Or is a citizen of

17  (*foreign nation*) _____.

18             b.  If the defendant is a corporation.

19        The defendant, (*name*) _____, is incorporated under

20  the laws of the State of (*name*) _____, and has its principal

21  place of business in the State of (*name*) _____.

22        Or is incorporated under the laws of (*foreign nation*) _____,

23  and has its principal place of business in (*name*)_____.

24        *(If more than one defendant is named in the complaint, attach an additional page*
   *providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1   3.   The Amount in Controversy.

2   The amount in controversy-the amount the plaintiff claims the defendant owes or the

3   amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4   _____

5   _____

6   _____

7

8   **III.   STATEMENT OF CLAIM**

9   *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as*
*possible the facts showing that each plaintiff is entitled to the damages or other relief sought.*

10  *State how each defendant was involved and what each defendant did that caused the plaintiff*
*harm or violated the plaintiff's rights, including the dates and places of that involvement or*

11  *conduct. If more than one claim is asserted, number each claim and write a short and plain*
*statement of each claim in a separate paragraph. Attach additional pages if needed.*

12  The Bureau of Alcohol Tobacco Firearms and Explosives

13  refuses to provide me request information which

14  I was entitled to prior to my federal trial.

15  **IV.   RELIEF**

16  *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do*
*not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

17  *at the present time. Include the amounts of any actual damages claimed for the acts alleged and*
*the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

18  *and the reasons you claim you are entitled to actual or punitive money damages.*

19  I WANT this Court to order the ATF to provide

20  me the requested information and to pay me for

21  the unreasonable and any court costs I acquire

22  **V.   CERTIFICATION AND CLOSING**

23  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7      I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing:  JANUARY 13, 2021

11  Signature of Plaintiff  *Shondolyn R. Blevins*

12  Printed Name of Plaintiff  SHONDOLYN R. BLEVINS

13

14  Date of signing:  _____

15  Signature of Plaintiff  _____

16  Printed Name of Plaintiff  _____

17

18  Date of signing:  _____

19  Signature of Plaintiff  _____

20  Printed Name of Plaintiff  _____

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6



FOREVER / USA

FILED
LODGED
RECEIVED
MAIL
JAN 20 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Shondolin Blevins #15329-035
Federal Detention Center - SeaTac
Post office Box 13900
Seattle, Washington
98198

United States District Court
United States Courthouse
700 Stewart Street Suite 2310
Seattle, Washington
98101



7011 1150 0001 4793 5099

CERTIFIED MAIL

