UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R. BLEVINS,<br><br>      Plaintiff,<br><br> v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS, AND EXPLOSIVES et al.,<br><br>      Defendant. | Case No. C21-73-JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

   Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's amended application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

   Dated this 21st day of January, 2021.

                                       /s/ *Michelle L. Peterson*
                                     MICHELLE L. PETERSON
                                    United States Magistrate Judge