*Pro Se 1 2016*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FILED
LOGED
RECEIVED

**MAIL**

JAN 20 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

SHONDOLYN R. BLEVINS
#15329-035

_____,

Plaintiff(s),

v.

Bureau of Alcohol
Tobacco, Firearms
And Explosives   ,

Defendant(s).

CASE NO. 21-cv-73-JLR
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes  ☐ No

### I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                    SHONDOLYN R. BLEVINS #15329-035
Street Address          FEDERAL DETENTION CENTER - SEATAC
City and County         Post Office Box 13900
State and Zip Code      SEATTLE, WASHINGTON 98198
Telephone Number

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

**B.      Defendant(s)**

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

BUREAU OF Alcohol, Tobacco, FIREARMS
AND EXPlosives
99 NEW YORK AVENUE, NE ROOM 4E

WASHington, DC 20226

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

EXECUTIVE OFFICE OF THE UNITED
STATES AHorNeys
175 N StREET, NE
RM 5400, 3 CON BLDG
WASHington, DC 20530

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name                  _____

    Job or Title *(if known)*   _____

    Street Address      _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

## II.     BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*FREEDOM of INFORMATION Act 5 U.S.C. SUBSECTION 552*

*5 U.S.C. SUBSECTION 552(a)   5 U.S.C. 552(a)(4)(B)  THE 4th*

*5th AND 6th AMENDMENTS of the U.S. CONSTITUTION*

*Pro Se 1 2016*

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

      **1.**     **The Plaintiff(s)**

          **a.   If the plaintiff is an individual.**

The plaintiff (*name*) _____, is a citizen of the

State of (*name*) _____.

          **b.   If the plaintiff is a corporation.**

The plaintiff, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

      **2.**     **The Defendant(s)**

          **a.   If the defendant is an individual.**

The defendant, (*name*) _____, is a citizen of the

State of (*name*) _____.   Or is a citizen of

(*foreign nation*) _____.

          **b.   If the defendant is a corporation.**

The defendant, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

    Or is incorporated under the laws of (*foreign nation*) _____,

and has its principal place of business in (*name*)_____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

## III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The Bureau of Alcohol Tobacco Firearms and Explosives refuses to provide me request information which I was entitled to prior to my federal trial.

## IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I want this Court to order the ATF to provide me the requested information and to pay me for the unreasonable and any court costs I acquire

## V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2016*

1   purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2   (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3   reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4   identified, will likely have evidentiary support after a reasonable opportunity for further

5   investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6   Rule 11.

7         I agree to provide the Clerk's Office with any changes to my address where case-related

8   papers may be served. I understand that my failure to keep a current address on file with the

9   Clerk's Office may result in the dismissal of my case.

10       Date of signing:       JANUARY 13, 2021

11       Signature of Plaintiff    *Shondolyn R. Blevins*

12       Printed Name of Plaintiff   SHONDOLYN R. BLEVINS

13

14       Date of signing:       _____

15       Signature of Plaintiff    _____

16       Printed Name of Plaintiff   _____

17

18       Date of signing:       _____

19       Signature of Plaintiff    _____

20       Printed Name of Plaintiff   _____

21

22

23

24



FILED
LODGED
RECEIVED ___ MAIL

JAN 20 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Shondolyn Blevins #15329-035
Federal Detention Center - SeaTac
Post Office Box 13900
Seattle, Washington
98198

United States District Court
United States Courthouse
700 Stewart Street Suite 2310
Seattle, Washington
98101



7011 1150 0001 4793 5099

