UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R BLEVINS,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CASE NO. C21-0073JLR<br><br>ORDER OF DISMISSAL |

On February 2, 2021, the court dismissed Plaintiff Shondolyn Blevins's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (Order (Dkt. # 6)); *see* 28 U.S.C. § 1915(e)(2)(B). The court allowed Ms. Blevins 14 days to amend her complaint. (Order at 4.) The court indicated that if Ms. Blevins failed to file an amended complaint within the time allowed, the court would dismiss her complaint without leave to amend. (*Id.*) That deadline has now passed, and Ms. Blevins has not timely amended her complaint.

//

ORDER - 1

(*See* Dkt.)  Accordingly, the court DISMISSES Ms. Blevins's complaint without leave to amend and without prejudice.

Dated this 22th day of February, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2