1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

SHONDOLYN R BLEVINS,

CASE NO. C21-0073JLR

11

Plaintiff,

ORDER

v.

12

13

BUREAU OF ALCOHOL
TOBACCO FIREARMS AND
EXPLOSIVES, et al.,

14

15

Defendants.

16     On February 22, 2021, the court dismissed the instant matter, as Ms. Blevins had

17   not filed her amended complaint within 14 days as directed by the court's February 2,

18   2021, order.  (2/22/21 Order (Dkt. # 8) at 1-2; 2/2/21 Order (Dkt. # 6) at 4.)  Ms. Blevins

19   has now filed an amended complaint that she alleges was mailed on February 16, 2021.

20   (Am. Compl. (Dkt. # 10) at 2.)  Although her filing is untimely, the court construes *pro se*

21   filings liberally and will accept her amended complaint, as she mailed the filing within

22   the time period designated by the court.  *See Ross v. Williams*, 950 F.3d 1160, 1173 n.19

ORDER - 1

1    (9th Cir. 2020).  However, the court reminds Ms. Blevins that she "must follow the same

2    rules of procedure that govern other litigants," including submitting timely filings in

3    accordance with court orders.  *See Briere v. Chertoff*, 271 F. App'x 682, 683 (9th Cir.

4    2008).

5        The Clerk is DIRECTED to reopen this matter.

6        Dated this 23rd day of February, 2021.

7

8

9                    JAMES L. ROBART
                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2