UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R BLEVINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES,<br><br>　　　　　　Defendant. | CASE NO. C21-0073JLR<br><br>ORDER REFERRING MOTION |

Before the court is *pro se* Plaintiff Shondolyn R. Blevins's motion to appoint counsel. (Mot. (Dkt. # 16).) Ms. Blevins brings a Freedom of Information Act ("FOIA") suit against Defendant Bureau of Alcohol Tobacco Firearms and Explosives (the "ATF") and alleges that the ATF failed to lawfully comply with her February 2020 FOIA request. (Am. Compl. (Dkt. # 10) at 1-2.) Ms. Blevins filed a motion for appointment of counsel. (*See* Mot.)

//

This District has implemented a plan for court-appointed representation of civil rights litigants. The plan currently in effect requires the court to assess a plaintiff's case before forwarding it to a pro bono screening committee for further review and a possible appointment of pro bono counsel. *See* General Order No. 16-20, Section 3(c) (Dec. 8, 2020). The court assesses the plaintiff's case to determine that it is not frivolous and that the plaintiff is financially eligible. *Id.* Ms. Blevins's submissions satisfy the court that there is an adequate basis to refer her case to the Screening Committee.

Under Section 3(c) of the District's pro bono plan, the court DIRECTS the Clerk of the Court to forward Ms. Blevins's amended complaint (Dkt. # 10), the motion to appoint counsel (Dkt. # 16), and the pleadings and documents filed to date to the Screening Committee. *See* General Order No. 16-20, Section 3(c). The court ORDERS the Screening Committee to review the case and make a recommendation to the court in according with the pro bono plan and the rules for the pro bono panel on or before July 30, 2021. *See id.*, Section 3(f). The Clerk shall RENOTE Ms. Blevins's motion to appoint counsel (Dkt. # 16) for July 30, 2021, pending the Screening Committee's recommendation as to whether the court should appoint counsel. *See id.*

Dated this 1st day of July, 2021.

JAMES L. ROBART
United States District Judge