1
2
3
4
5
6

7        UNITED STATES DISTRICT COURT
8        WESTERN DISTRICT OF WASHINGTON
                   AT SEATTLE
9

10   SHONDOLYN R. BLEVINS,                CASE NO. C21-0073JLR

11                  Plaintiff,             SHOW CAUSE ORDER

12        v.

13   BUREAU OF ALCOHOL
     TOBACCO FIREARMS AND
14   EXPLOSIVES,

15                  Defendant.

16      On January 18, 2022, the parties filed a stipulated motion in which they proposed

17   to provide the court "with a joint status report within 90 days regarding the status of

18   [their] efforts [to resolve the case without motion practice] and/or propose a stipulated

19   briefing schedule if [c]ourt resolution is needed." (Stip. (Dkt. # 39).) In line with the

20   parties' proposal, the court ordered the parties to submit a joint status report within 90

21   days of January 18, 2022. (1/18/22 Order (Dkt. # 40).) As of the date of this order,

22   however, the parties have not filed a joint status report regarding the status of the case,

SHOW CAUSE ORDER - 1

nor have they proposed a briefing schedule to resolve this case. (*See generally* Dkt.) They have not made any attempt to explain the missed deadline, nor have they requested relief from the deadline pursuant to Local Rule 7(j). (*See generally id.*); *see also* Local Rules W.D. Wash. LCR 7(j).

Accordingly, the court ORDERS the parties to show cause within seven (7) days of the date of this order why this action should not be dismissed for failure to comply with the court's January 18, 2022 order requiring a joint status report. *See* Fed. R. Civ. P. 41(b). The court warns that failure to timely respond to this order to show cause may result in the dismissal of this action with prejudice. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or comply with a court order).

Dated this 28th day of March, 2022.

JAMES L. ROBART
United States District Judge