UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R. BLEVINS, | CASE NO. C21-0073JLR |
| Plaintiff, | ORDER |
| v. | |
| BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES, | |
| Defendant. | |

The court is in receipt of the parties' April 18, 2022 joint status report ("JSR").
(4/18/22 JSR (Dkt. # 43).)  The parties submitted the JSR pursuant to the court's January
18, 2022 order, in which the court adopted the parties' proposal to submit "a joint status
report within 90 days regarding the status of [their] efforts [to resolve the case without
motion practice] and/or propose a stipulated briefing schedule if [c]ourt resolution is
needed."  (*See* Stip. (Dkt. # 39); 1/18/22 Order (Dkt. # 40).)  In the JSR, the parties state
that they "are continuing to confer in good faith in an effort towards a potential resolution

1    of this matter without motion practice" and "propose that they file an additional joint

2    status report with the [c]ourt in 30 days."  (4/18/22 JSR at 1.)  Accordingly, the court

3    ORDERS the parties to file a further JSR regarding the status of the case within 30 days

4    of the date of this order.

5            Dated this 18th day of April, 2022.

6

7

8                                        JAMES L. ROBART
                                        United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22