1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    SHONDOLYN R. BLEVINS,                CASE NO. C21-0073JLR

11                      Plaintiff,          ORDER

12          v.

13    BUREAU OF ALCOHOL
      TOBACCO FIREARMS AND
14    EXPLOSIVES,

15                      Defendant.

16          The court is in receipt of the parties' May 17, 2022 joint status report ("JSR").

17    (5/17/22 JSR (Dkt. # 45).)  The parties submitted the JSR pursuant to the court's April

18    18, 2022 order, in which the court adopted the parties' proposal to submit "an additional

19    joint status report with the [c]ourt in 30 days" regarding the status of their efforts to

20    resolve the case without motion practice.  (*See* 4/18/22 JSR (Dkt. # 43); 4/18/22 Order

21    (Dkt. # 44); *see also* Stip. (Dkt. # 39); 1/18/22 Order (Dkt. # 40).)  In the JSR, the parties

22    state that they "believe motion practice is necessary to resolve this case and will be

ORDER - 1

conferring on a briefing schedule" and "propose that they file a stipulated briefing schedule with this court within 30 days." (5/17/22 JSR at 1.)  Accordingly, the court ORDERS the parties to file a stipulated briefing schedule within 30 days of the date of this order.

Dated this 17th day of May, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2