UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R. BLEVINS, | CASE NO. C21-0073JLR |
| Plaintiff, | ORDER |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant. | |

The court is in receipt of the parties' June 16, 2022 joint status report ("JSR"). (6/16/22 JSR (Dkt. # 47).) The parties submitted the JSR pursuant to the court's May 17, 2022 order, in which the court adopted the parties' proposal to "file a stipulated briefing schedule with this court within 30 days." (*See* 5/17/22 Order (Dkt. # 46) (quoting 5/17/22 JSR (Dkt. # 45) and adopting the parties' proposal).) The parties now propose that Defendant the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") "will file its motion for summary judgment on September 16, 2022, noting the motion for

ORDER - 1

October 14, 2022," and the "[r]esponse and reply briefs will be filed consistent with LCR 7(d)." (6/16/22 JSR at 1.)

Having reviewed the parties' JSR, the court ADOPTS the parties' proposed briefing schedule for ATF's motion for summary judgment (Dkt. # 47). ATF shall file its motion for summary judgment on September 16, 2022; Plaintiff Shondolyn R. Blevins shall file her response, if any, by October 10, 2022; and ATF shall file its reply, if any, by October 14, 2022.

Dated this 16th day of June, 2022.

JAMES L. ROBART
United States District Judge