The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R. BLEVINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-00073-JLR<br><br>JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE<br><br>Noted for Consideration:<br>August 26, 2022 |

The parties, through their counsel, are continuing to engage in discussions regarding potential resolutions. Therefore, in order to conserve party and Court resources, the parties accordingly agree and stipulate that there is good cause to extend the set dates for dispositive motions (Dkt. No. 48) by 60 days, specifically that Defendant shall file its motion for summary judgment on or before November 18, 2022; Plaintiff shall file her response, if any, on or before December 12, 2022; and Defendant shall file its reply, if any, on or before December 16, 2022. IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

//

//

JOINT STIPULATION AND MOTION
2:21-cv-00073-JLR
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 26th day of August, 2022.

                Respectfully submitted,

                FOSTER GARVEY PC

                *s/ Andrea L. Bradford*
                ANDREA L. BRADFORD, WSBA #45748
                ADRIAN URQUHART WINDER, WSBA #38071
                1111 Third Avenue, Suite 3000
                Seattle, Washington 98101-3299
                Tel:    (206) 447-8972
                Fax:   (206) 447-9700
                Email: Andrea.Bradford@foster.com
                Email: Adrian.Winder@foster.com

                *Attorneys for Plaintiff*

DATED this 26th day of August, 2022.

                Respectfully submitted,

                NICHOLAS W. BROWN
                United States Attorney

                *s/ Nickolas Bohl*
                NICKOLAS BOHL, WSBA No. 48978
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-7970
                Fax: 206-553-4067
                Email:  nickolas.bohl@usdoj.gov

                *Attorneys for Defendant*

JOINT STIPULATION AND MOTION
2:21-cv-00073-JLR
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 26th day of August, 2022.

_____
JAMES L. ROBART
United States District Court Judge

JOINT STIPULATION AND MOTION
2:21-cv-00073-JLR
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970