The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN R. BLEVINS,<br><br>  Plaintiff,<br><br>  v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES,<br><br>  Defendant. | Case No. 2:21-cv-00073-JLR<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINE        **JLR**<br><br>Noted for Consideration:<br>November 7, 2022 |

The parties, through their counsel, are continuing to engage in discussions regarding potential resolutions or narrowing of the issues. Therefore, in order to conserve party and Court resources, the parties accordingly agree and stipulate that there is good cause to extend the set dates for dispositive motions (Dkt. No. 50) by 30 days, specifically that Defendant shall file its motion for summary judgment on or before December 19, 2022; Plaintiff shall file her response, if any, on or before January 16, 2023; and Defendant shall file its reply, if any, on or before January 20, 2023.

//

//

1     IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

2     DATED this 7th day of November, 2022.

    Respectfully submitted,

    FOSTER GARVEY PC

    *s/ Andrea L. Bradford*
    ANDREA L. BRADFORD, WSBA #45748
    ADRIAN URQUHART WINDER, WSBA #38071
    1111 Third Avenue, Suite 3000
    Seattle, Washington 98101-3299
    Tel:   (206) 447-8972
    Fax:  (206) 447-9700
    Email: Andrea.Bradford@foster.com
    Email: Adrian.Winder@foster.com

    *Attorneys for Plaintiff*

DATED this 7th day of November, 2022.

    Respectfully submitted,

    NICHOLAS W. BROWN
    United States Attorney

    *s/ Nickolas Bohl*
    NICKOLAS BOHL, WSBA No. 48978
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-7970
    Fax: 206-553-4067
    Email: nickolas.bohl@usdoj.gov

    *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**.

Dated this 7th day of November, 2022.

      *[signature]*

JAMES L. ROBART
United States District Court Judge