UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHONDOLYN R. BLEVINS,<br><br>   Plaintiff,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>   Defendant. | CASE NO: 2:21-cv-00073<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISPOSITIVE MOTION DEADLINE<br><br>Noted for Consideration:<br><br>December 12, 2022 |



  The parties, through their counsel, are continuing to engage in discussions regarding potential resolutions or narrowing of the issues. Therefore, in order to conserve party and Court resources, the parties accordingly agree and stipulate that there is good cause to extend the set dates for dispositive motions (Dkt. No. 52) by 30 days, specifically that Defendant shall file its motion for summary judgment on or before January 17, 2023; Plaintiff shall file her response, if any, on or before February 13, 2023; and Defendant shall file its reply, if any, on or before February 17, 2023.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

  DATED this 12th day of December, 2022.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | FOSTER GARVEY PC |
| 3 | s/Andrea L. Bradford |
|   | ANDREA L. BRADFORD, WSBA #45748 |
| 4 | ADRIAN URQUHART WINDER, WSBA #38071 |
|   | 1111 Third Avenue, Suite 3000 |

Respectfully submitted,

FOSTER GARVEY PC

*s/Andrea L. Bradford*
ANDREA L. BRADFORD, WSBA #45748
ADRIAN URQUHART WINDER, WSBA #38071
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Tel: (206) 447-8972
Fax: (206) 447-9700
Email: Andrea.Bradford@foster.com
Email: Adrian.Winder@foster.com

*Attorneys for Plaintiff*

DATED this 12th day of December, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA #48978
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Tel: (206) 553-7970
Fax: (206) 553-4067
Email: nickolas.bohl@usdoj.gov

*Attorneys for Defendant*

JOINT STIPULATION AND ORDER – 2
Case No. 2:21-cv-00073

## ORDER

**IT IS SO ORDERED**. The court, however, will not entertain any further requests for an extension of the dispositive motions deadline.

Dated this 13 day of December, 2022.

JAMES L. ROBART
United States District Court Judge